PER CURIAM.
Affirmed. With respect to the use of rule 3.800(a) as an avenue of relief, see Williams v. State, 825 So.2d 994 (Fla. 4th DCA), cause dismissed, 891 So.2d 554 (Fla.2002); on the merits of the claim, see State v. Woodley, 695 So.2d 297 (Fla.) (holding that Gray was not to be applied retroactively to cases which were final at the time Gray was rendered), cert. denied, 522 U.S. 893, 118 S.Ct. 234, 139 L.Ed.2d 165 (1997); State v. Gray, 654 So.2d 552, 554 (Fla.1995) (“This decision must be applied to all cases pending on direct review or not yet final.”) (emphasis added).
STEVENSON, C.J., GUNTHER and POLEN, JJ., concur.